Page 1

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Davis, William

Printed: 03/17/09

Case Number: 07 B 03908
Judge: Wedoff, Eugene R
Filed: 3/6/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 15, 2009
Confirmed: June 28, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 5,766.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 3,000.40 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,424.00 |
| Trustee Fee: |  | 331.28 |
| Other Funds: |  | 10.32 |
| Totals: | 5,766.00 | 5,766.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,424.00 | 2,424.00 |
| 2. | City Of Chicago Dept Of Revenue | Unsecured | 7,380.54 | 1,644.98 |
| 3. | Nationwide Acceptance Corp | Unsecured | 2,781.97 | 620.06 |
| 4. | AmeriCash Loans, LLC | Unsecured | 1,868.92 | 416.54 |
| 5. | Plains Commerce Bank | Unsecured | 342.17 | 76.26 |
| 6. | ECast Settlement Corp | Unsecured | 756.86 | 168.68 |
| 7. | Portfolio Recovery Associates | Unsecured | 374.84 | 73.88 |
| 8. | AmSher Collection Services | Unsecured |  | No Claim Filed |
| 9. | American Recovery System | Unsecured |  | No Claim Filed |
| 10. | Barclays Bank of Delaware | Unsecured |  | No Claim Filed |
| 11. | First Premier | Unsecured |  | No Claim Filed |
| 12. | First Bank | Unsecured |  | No Claim Filed |
|  |  |  | $ 15,929.30 | $ 5,424.40 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 210.44 |
| 6.5% | 120.84 |
|  | $ 331.28 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Davis, William | Case Number: 07 B 03908 |
| | Judge: Wedoff, Eugene R |
| Printed: 03/17/09 | Filed: 3/6/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

        Marilyn O. Marshall, Trustee, by:

*[signature]*